NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1025

ARLINGTON INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

BRIDGEPORT FITTINGS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge A. Richard Caputo.

ON MOTION

ORDER

Arlington Industries, Inc. moves without opposition for leave to withdraw Michael I. Coe as counsel and for leave for a 21-day extension of time, until March 5, 2010, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

FEB 16 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
    Deanne E. Maynard, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 16 2010

JAN HORBALY
CLERK